| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERMAINE BARKLEY,

    Plaintiff,

  v.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES, et al.,

    Defendants.

No. 2:16-cv-1386 CKD P

ORDER

    Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

    On September 14, 2016, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Peterson was returned unserved because he is no longer employed at Mule Creek State Prison. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed June 20, 2016;

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

 a. One completed USM-285 form for each defendant;

 b. Two copies of the endorsed complaint filed June 20, 2016; and

 c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: October 12, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
bark1386.8e

2

1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT
8                       FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10   JERMAINE BARKLEY,                        No. 2:16-cv-1386 CKD P
11              Plaintiff,
12       v.                                   NOTICE OF SUBMISSION OF
                                              DOCUMENTS
13   CALIFORNIA CORRECTIONAL
     HEALTH CARE SERVICES, et al.,
14
                Defendants.
15
16
         Plaintiff hereby submits the following documents in compliance with the court's order
17
     filed _____ :
18
         ____        completed summons form
19
         ____        completed USM-285 forms
20
         ____        copies of the _____
21
                                   Complaint
22
     DATED: _____
23
24
                                                    _____
25
                                                    Plaintiff
26
27
28
                                              3