1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERMAINE BARKLEY,                      No.  2:16-cv-1386 CKD P

12                   Plaintiff,

13           v.                              ORDER

14   C. SMITH, et al.,

15                   Defendants.

16

17           Plaintiff is a California state prisoner proceeding pro se in this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Plaintiff has filed a consent to proceed before the undersigned Magistrate

19   Judge.  ECF Nos. 5, 7.  However, defendants have not indicated whether they consent or decline

20   magistrate judge jurisdiction.  See ECF No. 13.  The court now finds that assignment of a District

21   Judge is necessary to properly address pending matters in this case.

22           Accordingly, IT IS HEREBY ORDERED that:

23       1.   The Clerk of the Court is directed to randomly assign a District Judge to this case;

24       2.   Plaintiff's motion to reconsider, ECF No. 47, is hereby referred to the District Judge

25           assigned to this case; and,

26       3.   The Clerk is further directed to send defendants copies of the form Consent to Proceed

27           Before a United States Magistrate Judge; and,

28       4.   Defendants are ordered to file the form indicating whether they consent or decline

magistrate judge jurisdiction within 14 days from the date of this order.

Dated:  December 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bark1386.referdj.docx