UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE BARKLEY, | No. 2:16-cv-1386 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al., | |
| Defendants. | |

On December 18, 2017, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 5, 2017, denying plaintiff's motion to compel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 5, 2017, is affirmed.

IT IS SO ORDERED.

Dated: January 4, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1